```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DEVON ROBOTICS, et al.,            :
                                   :
          Plaintiffs,              :    CIVIL ACTION
                                   :
     v.                            :    No. 09-cv-3552
                                   :
GASPAR DEVIEDMA, et al.,           :
                                   :
          Defendants.              :
```

**ORDER**

AND NOW, this 30th day of November, 2009, upon consideration of Defendant DeViedma's Motion to Dismiss (Doc. No. 10), and responses thereto (Doc. Nos. 18, 19, 21), it is hereby ordered that the Motion is GRANTED in part and DENIED in part for reasons set out in the attached Memorandum.[1]


                                        BY THE COURT:



                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.

---

[1] Plaintiffs' claims of tortious interference with prospective contractual relations and conspiracy are dismissed, as is Devon Health and Bennett's claim of tortious interference with current contractual relations. The remainder of DeViedma's Motion to Dismiss is denied.