```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DEVON ROBOTICS, et al.,          :
                                 :
          Plaintiffs,             :   CIVIL ACTION
                                 :
     v.                           :   No. 09-cv-3552
                                 :
GASPAR DEVIEDMA, et al.,         :
                                 :
          Defendants.             :

### ORDER

AND NOW, this 25th day of January, 2010, upon consideration of Defendant McKesson's Motion to Dismiss (Doc. No. 20), and responses thereto (Doc. Nos. 28, 29), it is hereby ordered that the Motion is GRANTED in part and DENIED in part for reasons set out in the attached Memorandum.[1]

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.

---

[1] Counts III and VII of the Complaint are dismissed, as is Plaintiffs' claim of tortious interference with prospective contractual relations (part of Count II). The remainder of McKesson's Motion to Dismiss is denied. Additionally, Plaintiffs' request for a preliminary injunction is denied (part of Count VIII).