IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEVON ROBOTICS, et al., :
:
        Plaintiffs, : CIVIL ACTION
:
  v. : No. 09-cv-3552
:
GASPAR DEVIEDMA, et al., :
:
        Defendants. :

**ORDER**

AND NOW, this 7th day of October, 2010, upon consideration of Defendant DeViedma's Motion for a Protective Order (Doc. No. 40), Plaintiffs' response in opposition thereto (Doc. No. 44), and Defendant's reply (Doc. No. 45), and for the reasons set forth in the attached Memorandum, it is hereby ordered that the Motion is DENIED.

BY THE COURT:

S/J. CURTIS JOYNER
J. CURTIS JOYNER, J.