**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DEVON ROBOTICS, et al.,                :
                                       :
                    Plaintiffs,        :    CIVIL ACTION
                                       :
     v.                                :    No. 09-cv-3552
                                       :
GASPAR DEVIEDMA, et al.,               :
                                       :
                    Defendants.        :

**ORDER**

AND NOW, this 23rd day of August, 2012, upon consideration of Defendant Gaspar DeViedma's Motion for Summary Judgment (Doc. Nos. 81, 82 and 84), Plaintiffs' Response in opposition thereto (Doc. No. 90), and DeViedma's Reply in further support (Doc. No. 92); Defendant McKesson Corporation's Motion for Summary Judgment (Doc. No. 83) and Plaintiffs' Response in opposition thereto (Doc. No. 87); and, Plaintiffs' Motion for Partial Summary Judgment Against Defendant McKesson Corporation (Doc. No. 85) and Defendant's Response in opposition thereto (Doc. No. 88), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) Defendant Defendant Gaspar DeViedma's Motion for Summary Judgment (Doc. Nos. 81, 82 and 84) is DENIED as to Count IV for Breach of Fiduciary Duty. The Motion is otherwise GRANTED.

(2) Defendant McKesson Corporation's Motion for Summary Judgment (Doc. No. 83) is DENIED as to Count I for Breach of

48

Contract. The Motion is otherwise GRANTED.

(3) Plaintiffs' Motion for Partial Summary Judgment Against Defendant McKesson Corporation (Doc. No. 85) is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.